# Third District Court of Appeal

## State of Florida

Opinion filed January 22, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1826
Lower Tribunal No. F01-2226
_____

**Jessie Clark,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from
the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Ana M. Davide, P.A., and Ana M. Davide, for appellant.

Ashley Moody, Attorney General, and Kayla Heather McNab,
Assistant Attorney General, for appellee.

Before FERNANDEZ, SCALES and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Duckett v. State</u>, 148 So. 3d 1163 (Fla. 2014); <u>Koo v. State</u>, 184 So. 3d 1101 (Fla. 2016); <u>Placide v. State</u>, 189 So. 3d 810 (Fla. 4th DCA 2015).